UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHERYL BARAHONA and KUBA OSTACHIEWCZ, on Behalf of Themselves and Others Similarly Situated,<br><br>                        Plaintiffs,<br><br>    v.<br><br>T-MOBILE USA, INC.,<br><br>                     Defendant. | No. 08-cv-1631 RSM<br><br>STIPULATION AND ORDER REGARDING SCHEDULING OF CLASS CERTIFICATION MOTION |

WHEREAS Plaintiffs' Complaint for Damages and Injunctive Relief was filed on November 7, 2008;

WHEREAS on January 9, 2009, Defendant T-Mobile USA, Inc. filed a motion to dismiss the complaint for failure to state a claim upon which relief may be granted;

WHEREAS on February 2, 2009, Plaintiffs opposed Defendant's motion to dismiss and on February 6, 2009, T-Mobile filed a reply in support of its motion to dismiss;

WHEREAS this Court has not yet issued a ruling on Defendant's motion to dismiss;

WHEREAS on March 19, 2009, Plaintiffs served their first request for production of documents and a notice of deposition pursuant to Federal Rule of Civil Procedure 30(b)(6);

WHEREAS on April 20, 2009, Defendant served its responses and objections to Plaintiffs' discovery. Therein, Defendant objects to substantively responding to all discovery

based on the pendency of T-Mobile's motion to dismiss, asserting it would be a waste of the parties' resources to engage in any discovery if this Court grants T-Mobile's motion;

WHEREAS the parties are in the process of conferring regarding the scope and timing of discovery;

WHEREAS pursuant to Local Civil Rule 23(f)(3), Plaintiffs' motion for class certification is due on May 6, 2009 which is 180 days after the filing of the complaint;

WHEREAS Plaintiff has not unduly delayed in serving discovery requests, but instead has pursued and will continue to pursue discovery from Defendant; and

WHEREAS the discovery is relevant to Plaintiff's class certification motion;

IT IS STIPULATED AND AGREED by the parties through their undersigned counsel of record that the deadline for Plaintiff's motion for Class Certification shall be extended to four months from the date of this Court's ruling on Defendant's motion to dismiss.

Dated: April 27, 2009                    HAGENS BERMAN SOBOL SHAPIRO LLP


By    /s/ Steve W. Berman
      STEVE W. BERMAN, WSBA #12536

1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Jeff D. Friedman (*Pro hac vice*)
Shana E. Scarlett (*Pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO, LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com
shanas@hbsslaw.com

STIP. AND ORDER RE SCHEDULING OF CLASS
CERTIFICATION MOT. – 2
Case No. 08-cv-1631 RSM

010083-11 299680 V1

Tyler Meade (*Pro hac vice*)
Michael Schrag (*Pro hac vice*)
MEADE & SCHRAG LLP
1816 Fifth Street
Berkeley, CA 94710
Telephone: (510) 843-3670
Facsimile: (510) 843-3679
tyler@meadeschrag.com
michael@meadeschrag.com

Attorneys for Plaintiffs

Dated: April 27, 2009                  STOEL RIVES LLP


By ___/s/ Rita V. Latsinova_____
        RITA V. LATSINOVA

600 University Street, Suite 3600
Seattle, WA 98101
Telephone: (206) 624-0900

Christopher B. Hockett (*Pro hac vice*)
Neal A. Potischman (*Pro hac vice*)
Sandra West (*Pro hac vice*)
DAVIS POLK & WARDWELL
1600 El Camino Real
Menlo Park, CA 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
chris.hockett@dpw.com
neal.potischman@dpw.com
sandra.west@dpw.com

Attorneys for Defendant T-Mobile

STIP. AND ORDER RE SCHEDULING OF CLASS
CERTIFICATION MOT. – 3
Case No. 08-cv-1631 RSM



010083-11 299680 V1

1

**ORDER**

2
      IT IS SO ORDERED.

3

DATED: April 29, 2009.

4

5

6

7
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIP. AND ORDER RE SCHEDULING OF CLASS
CERTIFICATION MOT. – 4
Case No. 08-cv-1631 RSM



1301 Fifth Avenue, Suite 2900 • Seattle, WA 98101
TELEPHONE (206) 623-7292 • FACSIMILE (206) 623-0594