HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHERYL BARAHONA and KUBA OSTACHIEWCZ, on Behalf of Themselves and Others Similarly Situated,<br><br>                                                Plaintiffs,<br><br>    v.<br><br>T-MOBILE USA, INC.,<br><br>                                                Defendant. | No. 08-cv-1631 RSM<br><br>PLAINTIFFS' SEVENTH STATUS REPORT OF PROCEEDINGS BEFORE THE FEDERAL COMMUNICATIONS COMMISSION |

010083-11  541177 V1

On January 14, 2010, counsel for Plaintiffs caused to be filed with the Federal Communications Commission ("FCC") a Petition for an Expedited Declaratory Ruling That Section 332 of the FCA Does Not Preempt State Law Protecting Consumers Against Unlawful Penalty Fees ("Petition").

On or about February 22, 2010, the FCC filed a Public Notice, seeking comment on this Petition.  Comments were submitted to the FCC by April 7, 2010, and Reply Comments were submitted by May 7, 2010.  The matter is referenced as:  WTB Docket No. 10-42 and the Petition is still currently pending before the FCC.

Dated:  July 30, 2013

Respectfully submitted,

By          /s/ Shana E. Scarlett
       SHANA E. SCARLETT

Jeff D. Friedman (*Pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO, LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com
shanas@hbsslaw.com

Steve W. Berman, WSBA #12536
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Tyler Meade (*Pro hac vice*)
Michael Schrag (*Pro hac vice*)
MEADE & SCHRAG LLP
1816 Fifth Street
Berkeley, CA 94710
Telephone:  (510) 843-3670
Facsimile:  (510) 843-3679
tyler@meadeschrag.com
michael@meadeschrag.com

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2013, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have caused to be mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

                                                /s/ Shana E. Scarlett
                                                  SHANA E. SCARLETT