The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CHERYL BARAHONA and KUBA OSTACHIEWCZ, on behalf of themselves and others similarly situated,<br><br>             Plaintiffs,<br><br>   v.<br><br>T-MOBILE USA, INC.,<br><br>             Defendant. | Case No. 2:08-cv-1631-RSM<br><br>ORDER |

Pursuant to the parties stipulated Joint Status Report, the Court sets the following schedule for T-Mobile's Motion to Compel Arbitration and Stay Action:

| Event | Date |
|---|---|
| Deadline for T-Mobile to file motion to compel arbitration and stay action | May 24, 2024 |
| Deadline for Plaintiffs to respond to motion to compel arbitration and stay action | June 17, 2024 |
| Noting date/Deadline for T-Mobile to file reply in support of motion to compel arbitration and stay action | June 21, 2024 |

ORDER - 1
Case No. 2:08-cv-1631-RSM
4869-5198-8665v.1 0102559-000730

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

IT IS SO ORDERED.

DATED this 29th day of April, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

HAGENS BERMAN SOBOL SHAPIRO LLP

By: s/ Shana E. Scarlett
    Shana E. Scarlett (*Pro hac vice*)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Tel: 510-725-3000
Fax: 510-725-3001
shanas@hbsslaw.com

Steve W. Berman, WSBA #12536
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel: 206 623-7292
Fax: 206-623-0594
steve@hbsslaw.com

Michael L. Schrag (*Pro hac vice*)
GIBBS LAW GROUP LLP
505 14TH Street, Suite 1110
Oakland, CA 94612
Tel: 510-350-9700
mls@classlawgroup.com

*Attorneys for Plaintiffs*

DAVIS WRIGHT TREMAINE LLP

By: s/ Rachel Herd
    Rachel Herd, WSBA #50339
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Tel: 206-622-3150
Fax: 206-757-7700
rachelherd@dwt.com

*Attorneys for Defendant T-Mobile USA, Inc.*

ORDER - 2
Case No. 2:08-cv-1631-RSM
4869-5198-8665v.1 0102559-000730